```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 04008
   RASHAD A REED
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2815

-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/21/2008 and was confirmed 04/21/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
CHASE BANK                 UNSECURED        NOT FILED         .00           .00
CHICAGO CENTRAL EMERGENC   UNSECURED        NOT FILED         .00           .00
CHICAGO CENTRAL EMER PHY   UNSECURED        NOT FILED         .00           .00
CITY CHICAGO DEPT OR REV   UNSECURED        NOT FILED         .00           .00
CITY OF CHICAGO REVENUE    NOTICE ONLY      NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED         1775.42          .00           .00
CITY CHICAGO BUREAU PARK   NOTICE ONLY      NOT FILED         .00           .00
COMCAST                    UNSECURED        NOT FILED         .00           .00
IQ TELECOM                 UNSECURED        NOT FILED         .00           .00
MERCY HOSPITAL MEDICAL C   UNSECURED        NOT FILED         .00           .00
NORTHWESTERN MEDICAL FAC   UNSECURED        NOT FILED         .00           .00
NORTHWESTERN MEMORIAL HO   UNSECURED        NOT FILED         .00           .00
US CELLULAR                UNSECURED        NOT FILED         .00           .00
UNIVERSITY OF CHICAGO HO   UNSECURED        NOT FILED         .00           .00
UNIVERSITY OF CHICAGO HO   UNSECURED        NOT FILED         .00           .00
UNIVERSITY OF CHICAGO      UNSECURED        NOT FILED         .00           .00
UNIVERSITY OF CHICAGO PH   NOTICE ONLY      NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          155.93          .00           .00
MELVIN J KAPLAN            DEBTOR ATTY      3,500.00                      496.80
TOM VAUGHN                 TRUSTEE                                         43.20
DEBTOR REFUND              REFUND                                           .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     540.00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                      496.80

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 04008 RASHAD A REED
```

```
TRUSTEE COMPENSATION                                              43.20
DEBTOR REFUND                                                       .00
                                       ----------------    ----------------
TOTALS                                          540.00              540.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/26/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE